B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Chabrielle-Darnisha Shante' Hester | **DEFENDANTS** <br> 1st Platinum Freight Inc |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor   ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor   ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

breach of contract, unjust enrichment, harassment, promissory estoppel (truck equipment)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

Complaint attached

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Chabrielle-Darnisha Shante' Hester | BANKRUPTCY CASE NO.<br>25-31550 -mv17 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Texas | DIVISION OFFICE | NAME OF JUDGE<br>Michelle V. Larson | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| | | | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>[signature] | | | |
| DATE<br>6/25/25 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Chebrielle-Darnisha Shante' Hester | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT

**Northern District of Texas**

In re:

Chabrielle-Darnisha Shante' Hester, Debtor

Case No.: 25-31550-mv17

Chapter 7


Chabrielle-Darnisha Shante' Hester,

Plaintiff

v.

1st Platinum Freight Inc.,

Defendant

Adversary Proceeding No.:

**COMPLAINT FOR FULL EQUITABLE ACCOUNTING, RESTITUTION, AND JUST RELIEF**
**I. NATURE OF THE ACTION**
1. This complaint is brought in equity against 1st Platinum Freight Inc., a trucking entity operating in commercial trust, for breach of promise, unjust gain, equipment misrepresentation, and harassment.

2. Plaintiff entered into agreement based on the representation that the truck provided would meet basic standards. The equipment was materially misrepresented: an older model with no radio, safety breakdowns, and loss of time within the first few days of use.

3. Plaintiff seeks full accounting, remedy, and redress for harm caused by promissory failure and hostile treatment.

**II. EQUITY PRINCIPLES AND BREACH**
4. Equity regards substance over form.

5. Equity will not allow one to benefit from their own wrong.

6. Where there is reliance upon a promise, and injury from breach, equity compels restoration.

7. Defendant misled Plaintiff about equipment condition, then subjected her to undue pressure and distress, having already accepted the benefit of her labor.

8. Equity acts in conscience and demands that those who misrepresent and gain through deceit be held to account.

### III. SCRIPTURAL BASIS

9. "Let your 'Yes' be 'Yes,' and your 'No,' 'No.'" — Matthew 5:37

10. "You shall not have in your bag differing weights, a large and a small." — Deuteronomy 25:13

11. "A false balance is abomination to the Lord: but a just weight is his delight." — Proverbs 11:1

### IV. PROCEDURAL GROUNDS

12. This equitable action is properly commenced by filing this complaint in the manner provided by procedural rule and is recognized under conscience-based remedy.

13. The Plaintiff invokes equity rule 12 and submits that this filing constitutes formal institution of action, seeking justice where commercial faith has been broken.

### V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this honorable Court:

a. Compel full accounting of all contractual terms, funds owed, and unjust benefits retained;

b. Provide judgment for promissory breach and commercial misrepresentation regarding the vehicle condition;

c. Grant relief for stress, harm, and harassment suffered in the course of employment;

d. Award equitable restitution for all breakdown-related losses and lost time;

e. Grant such other and further relief as conscience, fairness, and good faith require.

Respectfully submitted,

*[signature]*

Chabrielle-Darnisha Shante' Hester
Pro Se Plaintiff

1810 Commerce St. #910

Dallas, TX 75201

chbrllhester@gmail.com

Date: June 25, 2025

1st Platinum Freight Inc
18141 Dixie Hwy Suite 102 #1040
Homewood, IL 60430
(708) 349-0300



U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

Illinois Division
130 S. Martin Luther King Jr. Drive, Suite B
Springfield, IL 62703

Complaint ID: 100288541
3/27/2025

Shabrielle Hester
,
,

Dear Mr. or Ms. Shabrielle Hester:

Thank you for your submission to the Federal Motor Carrier Safety Administration's (FMCSA) National Consumer Complaint Database (NCCDB). Your complaint indicated you believe that 1ST PLATINUM FREIGHT INC may be in regulatory noncompliance. We appreciate you notifying us about your concerns regarding the operations of this company. FMCSA is concerned about violations of the Federal Motor Carrier Safety Regulations, the Hazardous Materials Regulations, and the Federal Motor Carrier Commercial Regulations by motor carriers, cargo tank manufacturing, inspection and repair facilities, and brokers and freight forwarders and their employees.

Your complaint number is 100288541. Please refer to this number when submitting additional information or checking on the status of your complaint.

In filing a complaint with FMCSA, you were asked if you agreed to allow FMCSA to share the details of your complaint and/or your contact information with the reported company. Your decision will be respected and your privacy maintained accordingly. Your complaint information will be maintained in FMCSA's NCCDB and may be used by FMCSA for in-house analytical and statistical purposes. This information may also be used for enforcement purposes. You may be contacted to provide additional information and documentation or if FMCSA decides to initiate enforcement action against the company. You would be informed of disclosure considerations and FMCSA's obligations under the Freedom of Information Act (FOIA) at that time.

If your allegations are found to be valid, we will investigate and inform you of our findings and actions taken. If you need more information or have questions, you may call our nationwide toll-free hotline for the NCCDB at 1-888-DOT-SAFT (368-7238) from 8am–8pm, Mon–Fri, EST. Thank you for your interest in roadway safety.

Sincerely,

Christina De Los Santos-Baker
Division Administrator



Settlement #001
Date: 03/21 – 03/28/25
Driver: Chabrielle-Darnisha Shante
Adress: 400 N Ervay St Unit 132496
Dallas, TX 75313-0257

| Pick Up Date | Description | Mileage | Rate | Amount |
|---|---|---|---|---|
| 03/25/25 | Naperville, IL - Carrollton, TX | 900 | $1,700.00 | $1,496.00 |
| | | | Total: | $1,496.00 |

| Scheduled Deductions: | Additions | Amount |
|---|---|---|
| Truck payment | | $550.00 |
| Cargo Insurance | | $250.00 |
| Physical damage insurance | | $200.00 |
| Trailer | | $250.00 |
| Tolls | | $0.00 |
| | Total: | ($1,250.00) |

| Other Deductions | Rate | Amount |
|---|---|---|
| Plate | 1/5 | $500.00 |
| Escrow | 1/5 | $500.00 |
| | Total: | ($1,000.00) |

**Fuel Card:**

| Date: | City and State | Gallons | Amount |
|---|---|---|---|
| 03/25/25 | Williamsville, IL | 146.30 | $508.97 |
| | | Total: | ($508.97) |

| | Check Amount | -$1,262.97 |
|---|---|---|

# Walmart

Wal-Mart
708-229-0611  Mgr: MICHAEL
2500 W 95TH ST
EVERGREEN PARK IL 60805
ST# 05485 OP# 003307 TE# 18 TR# 06060
# ITEMS SOLD 11
TC# 3195 2562 1163 0892 6289 7

```
CSPR PILLOW    019267769178    39.97 X
WASHCLTH SET   094900173692     4.88 X
7LB BAG ICE    000000003207KF   2.33 Y
HNST BABY      081682411496    10.97 X
OT 10QT CLR    061864248644    11.23 X
GLD 13GTRASH   001258771224     9.97 X
GV 18OZ CUP    019434615205     7.94 X
SHEET SETS    840306215175    52.00 X
BOUNTY 2TR     030877216042     7.32 X
CDW SPBC75CT   054460061037     5.52 X
               SUBTOTAL       152.13
EQ GLOVE       068113143657H   14.97 X
               SUBTOTAL       167.10
    TAX 1   10.000 %           16.48
    TAX 2    2.250 %            0.05
               TOTAL          183.63
              DEBIT TEND      183.63
              CHANGE DUE        0.00
EFT DEBIT       PAY FROM PRIMARY
  183.63   TOTAL PURCHASE
US DEBIT        **** **** **** 4355 I 0
REF # 508400309573
NETWORK ID. 0056 APPR CODE 349190
US DEBIT
AID A0000000980840
AAC 23176CDB30DA5088
*Pin Verified
TERMINAL # 26450752
     03/24/25         21:44:09
```



Get free delivery
from this store
with Walmart+

Scan for 30-day free trial.

03/24/25          21:44:16

**Biorigin**

*BOL*

### CARRIER MUST MAKE DELIVERY ON SHIPPER'S BOL

| Order# 351712 / PO# 4504624730 | Date: Mar 20, 2025 |
|---|---|
| **SHIPPED FROM** | **SOLD TO** |
| JBS Logistics<br>2043 Corporate Lane<br>Naperville, IL 60563<br>USA<br>Phone: 630 9242000 Fax: | IFF<br>P.O. Box 8<br>Hazlet, NJ 07730<br>USA |
| **SHIP TO** | **3rd PARTY BILL TO** |
| IFF<br>1620 W. Crosby Rd.<br>Carrollton, TX 75006<br>USA<br>Phone: 469 557 7040 Fax: | IFF<br>P.O. Box 8<br>Hazlet, NJ 07730<br>USA<br>Phone: 972-245-2117 Fax: |

| Place of Delivery | Carrollton, TX |
|---|---|
| Term of Payment | 120 days after invoice date |
| Shipment Terms | Customer Collect - Hazlet, NJ |
| Truck Company | |
| Date of Loading | Mar 20, 2025 |
| Estimate Delivery Date | |

| Marks - Description | Lot Number | UOM | Cust.Item# | # of Units | Net Wt(lb) | Gross Wt(lb) |
|---|---|---|---|---|---|---|
| Goldcell NY - Torula Yeast | Q124188 | 20 Kg Bag | 250988 | 122 | 5,379.224 | 5,705.505 |
| Goldcell NY - Torula Yeast | Q124189 | 20 Kg Bag | 250988 | 281 | 12,389.852 | 13,139.416 |
| Goldcell NY - Torula Yeast | Q524179 | 20 Kg Bag | 250988 | 220 | 9,700.240 | 10,289.349 |
| Luis F. | | | | | | |
| **Total** | | | | 623 | 27,469 | 29,134 |

| Trailer Number | Driver's Signature | Pickup Date | | 21 skids |
|---|---|---|---|---|
| 01301 2 | | | NMFC 73227 | Class 60 |

| Seal Number | Item# on all labels & documents Deliver |
|---|---|
| 64650440 | Max 2 lot#'s carrollton.vendor.coa@iff.com; XP CoA: SBCOA@IFF.com |

The property above, in apparent good order, except as noted, marked consigned and destined as indicated below, which said carrier agrees to carry to it's place of delivery at said destination.It is mutually agreed, as to each carrier of all or any of said property over all or any of said property over all or any portion of said route to destination, and as to each party at ant time interested in all or any of said property, that every service to be performed thereunder shall be subject to all the terms and condition of the Uniform Domestic Straight Bill of Loading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail orrail-water shipment, or (2) in the in the applicable motor carrier classification of tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of loading, including those on the back thereof, set forth the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and aceepted for himself.

Note: These are food grade items and cannot be shipped with any hazardous material or anything else that could potentially contaminate the product. LTL shipments must provide a lock to secure the door and it should remain locked unless loading or unloading.>> NON-STACKABLE MATERIALS <<

NOTIFICATION OF ANY DISCREPANCY MUST BE MADE WITHIN 24 HOURS OF RECEIPT.

| BAR CODE HERE |
|---|

Page 1 / 1















Logan

> You can not abandon a truck if it does not start up

Where are you now

Whats the situation

Thu, Mar 27 at 08:11

Hi i just tried to call you. A truck abandonment is a truck abandonment, I do not want any problems. Please call them and unload. Safety does not care about it, I am trying to solve it

Please, so they would not contact the Fmsca

Okay, thank you, I tried .

You are obligated to stay with the truck even he is not working, by contract and law , I tried to help you really …. At t5he point where you start to shout my help stops. Thank you

> Safety is first and no driver has to stay abandoned with a broke down truck with no heating or cooling element in an unsafe place.

Your opinion is ok, but it doesnt mean it is correct. Thank you and I wish you nice day

